■ MICHAEL CROWLEY et al., Appellants, v FNB ROCHESTER CORP., Respondent. [631 NYS2d 267] —Order and judgment unanimously affirmed without costs for reasons stated at Supreme Court, Rosenbloom, J. (Appeal from Order and Judgment of Supreme Court, Monroe County, Rosenbloom, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Doerr, Balio and Boehm, JJ.